UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
OCT 28 2020
U.S. CLER...
EVANSVILL...

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:20-cr-270-JRS-DML |
| ) | |
| ANGELA BALDWIN a/k/a ) | -01 |
| ANGELA TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor
### 18 U.S.C. § 2251(a) & (e) and 18 U.S.C. § 2

At a date unknown but on or before February 15, 2013, in Marion County, Indiana, within the Southern District of Indiana, ANGELA BALDWIN a/k/a ANGELA TAYLOR, defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce and did attempt to employ, use, persuade, induce, entice, and coerce MINOR VICTIM 1, a child under the age of 18, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, to wit: digital files IMG_3350.MOV, IMG_3352.MOV, and IMG_3353.MOV. Further, ANGELA BALDWIN a/k/a ANGELA TAYLOR knew, and/or had reason to know, said visual depictions would be transported or transmitted using any means or facility of interstate or foreign commerce, or were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce, including a computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e) and Title 18, United States Code, Section 2.

## COUNT 2
## Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor
## 18 U.S.C. § 2251(a) & (e) and 18 U.S.C. § 2

On or about January 30, 2015, in Marion County, Indiana, within the Southern District of Indiana, ANGELA BALDWIN a/k/a ANGELA TAYLOR, defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce and did attempt to employ, use, persuade, induce, entice, and coerce MINOR VICTIM 2, a child under the age of 18, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, to wit: digital files

| |
|---|
| WVS S221257.3110000-0800 D14262 A22066 F17 E.wmv |
| WVS S221331.5710000-0800 D77171 A46799 F17 E.wmv |
| WVS S221450.8130000-0800 D5631 A0 F17 E.wmv |
| WVS S221508.1550000-0800 D76947 A46666 F17 E.wmv |
| WVS S221628.1770000-0800 D69420 A36933 F17 E.wmv |
| WVS S221754.3320000-0800 D35651 A4733 F17 E.wmv |
| WVS S221848.4570000-0800 D13146 A2799 F17 E.wmv |
| WVS S222217.2920000-0800 D9392 A1133 F17 E.wmv |
| WVS S222344.3560000-0800 D43159 A3199 F17 E.wmv |
| WVS S222442.3770000-0800 D9391 A533 F17 E.wmv |
| WVS S222632.6400000-0800 D26272 A1733 F17 E.wmv |
| WVS S222753.7510000-0800 D9386 A666 F17 E.wmv |
| WVS S222817.0490000-0800 D11267 A1199 F17 E.wmv |
| WVS S222853.8130000-0800 D26275 A3333 F17 E.wmv |
| WVS S223253.4590000-0800 D80707 A56533 F17 E.wmv |
| WVS S223657.0230000-0800 D13138 A5533 F17 E.wmv |

| |
|---|
| WVS S223918.1340000-0800 D11270 A3866 F17 E.wmv |
| WVS S224004.5590000-0800 D11264 A3066 F17 E.wmv |
| WVS S224156.6770000-0800 D15399 A7199 F17 E.wmv |
| WVS S224449.1770000-0800 D9391 A2733 F17 E.wmv |
| WVS S224558.9260000-0800 D11270 A2066 F17 E.wmv |

Further, ANGELA BALDWIN a/k/a ANGELA TAYLOR knew, and/or had reason to know, said visual depictions would be transported or transmitted using any means or facility of interstate or foreign commerce, or were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce, including a computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e) and Title 18, United States Code, Section 2.

## COUNT 3
### Conspiracy to Produce Visual Depictions of Minors Engaging in Sexually Explicit Conduct
### 18 U.S.C. § 2251(a) & (e)

Beginning at a date unknown, but at least 2012, and continuing through and including April 29, 2015, in the Southern District of Indiana and elsewhere, ANGELA BALDWIN a/k/a ANGELA TAYLOR, defendant herein, with Russell Taylor and others known and unknown to the Grand Jury, did conspire to knowingly employ, use, persuade, induce, entice, and coerce and did attempt to conspire to knowingly employ, use, persuade, induce, entice, and coerce children under the age of 18 to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct.  Further, ANGELA BALDWIN a/k/a ANGELA TAYLOR knew, and/or had reason to know, said visual depictions would be transported or transmitted using any means or facility of interstate or foreign commerce, or were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce, including a computer.

3

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4
## Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct
## 18 U.S.C. § 2252(a)(4)(B)

Beginning at a date unknown and continuing until at least April 29, 2015, in the Southern District of Indiana, ANGELA BALDWIN a/k/a ANGELA TAYLOR, defendant herein, knowingly possessed more than one image, film, videotape, or other matter which contained any visual depiction that had been mailed or had been shipped or transported in interstate or foreign or commerce, or which was produced using materials which had been mailed or so shipped or transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor under the age of 12 engaging in sexually explicit conduct and such visual depiction was of such conduct; that is ANGELA BALDWIN a/k/a ANGELA TAYLOR knowingly possessed an Apple iPhone 4S that contained visual depictions of minors engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Kathryn E. Olivier
Bradley P. Shepard
Assistant United States Attorneys

4