UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cr-00270-TWP-DML |
| ) | |
| ANGELA BALDWIN, ) | |
| ) | |
| Defendant. ) | |

## VERDICT

### Count 2 – Sexual Exploitation of a Minor

With respect to the charge of Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Section 2251(a), as described in Count Two of the indictment, we, the jury, unanimously find defendant Angela Baldwin:

GUILTY __X__        NOT GUILTY _____

*If you have found the Defendant **guilty** of Count 2, skip the additional question below and proceed to address Count 3.*

*If you have found the Defendant **not guilty** of Count 2, proceed to answer the additional question below.*

### Additional Question as to Count 2

With respect to the charge of Attempted Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Section 2251(e), as described in Count 2 of the Indictment, we, the jury, unanimously find Defendant Angela Baldwin:

GUILTY _____        NOT GUILTY _____

__10/27/21__
Date



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cr-00270-TWP-DML |
| ) | |
| ANGELA BALDWIN, ) | |
| ) | |
| Defendant. ) | |

# VERDICT

### Count 3 – Conspiracy to Produce Visual Depictions of Minors Engaging in Sexually Explicit Conduct

With respect to the charge of Conspiracy to Produce Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of Title 18, United States Code, Section 2251(a) and (e), as described in Count 3 of the Indictment, we, the jury, unanimously find Defendant Angela Baldwin:

GUILTY  X          NOT GUILTY ____

10/27/21
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cr-00270-TWP-DML |
| ANGELA BALDWIN, | ) ) ) |
| Defendant. | ) |

## VERDICT

**Count 4 – Possession of Visual Depictions of Minors
Engaging in Sexually Explicit Conduct**

With respect to the charge of Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B), as described in Count 4 of the Indictment, we, the jury, unanimously find Defendant Angela Baldwin:

GUILTY  X          NOT GUILTY ____

10/27/21
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cr-00270-TWP-DML |
| ANGELA BALDWIN, | ) |
| Defendant. | ) |

## VERDICT

### Count 1 – Sexual Exploitation of a Minor

With respect to the charge of Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Section 2251(a), as described in Count 1 of the Indictment, we, the jury, unanimously find Defendant Angela Baldwin:

GUILTY **X**    NOT GUILTY ____

*If you have found the Defendant **guilty** of Count 1, skip the additional question below and proceed to address Count 2.*

*If you have found the Defendant **not guilty** of Count 1, proceed to answer the additional question below.*

### Additional Question as to Count 1

With respect to the charge of Attempted Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Section 2251(e), as described in Count 1 of the Indictment, we, the jury, unanimously find Defendant Angela Baldwin:

GUILTY ____    NOT GUILTY ____

10/27/21
Date